## People of the State of Illinois, Defendant in Error, v. Ernest Gruhl, Plaintiff in Error.

Gen. No. 42,694.

490

 opinion filed November 4, 1943; rehearing denied November 23, 1943. Francis J. Callahan, Francis J. Callahan, Jr., and W. G. Anderson, for plaintiff in error; Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe and Joseph A. Pope, Assistant State's Attorneys, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.